```
1  JAY S. ROTHMAN, SBN 49739
   MARINA KATS FRAIGUN, SBN 192563        Priority  ___
2  JAY S. ROTHMAN & ASSOCIATES            Send      ___
   21900 Burbank Blvd., Suite 210         Enter     ___
3  Woodland Hills, CA 91367               Closed    ___
   Telephone: (818) 986-7870              JS-5/(S-6) ✓
4  Facsimile: (818) 990-3019              JS-2/JS-3 ___
5  Attorneys for Plaintiff                Scan Only ___
   JEFF BEEBE
6
```

## UNITED STATE DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF BEEBE, | CASE NO. CV09-1913 RGK (Ex) |
| Plaintiff, | *Complaint Filed 02/09/2009* |
| vs. | STIPULATION AND ORDER RE DISMISSAL |
| RITE AID CORPORATION., a Delaware Corporation; and DOES 1 through 50, Inclusive, | |
| Defendants. | IT IS SO ORDERED OCT 27 2009 |
| | Dated _____ |
| | *[signature]* |
| | United States District Judge |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed.

DATED: July 31, 2009          JAY S. ROTHMAN & ASSOCIATES

                              By _____
                                 MARINA KATS FRAIGUN
                                 Attorneys for Plaintiff

1

```
 1 | DATED: ~~July~~ August 3, 2009        KELLY, HOCKEL & KLEIN P.C.
 2 |
 3 |                                       By _____
   |                                          RACHEL HULST
 4 |                                          Attorneys for ~~Plaintiff~~
   |                                          Defendant Rite Aid
 5 |   IT IS SO ORDERED,
 6 |   _____
   |   R. GARY KLAUSNER,
 7 |   HONORABLE DISTRICT COURT JUDGE
```

2